JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Carnelian Plaza, LLC,<br><br>　　　　Defendant. | Case No.  ED CV 16-00515-AB (DTBx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 13, 2017     _____
　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1